NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Christopher J. Healey, Esq. (SBN 105798)
Jaikaran Singh, Esq. (SBN 201355)
MCKENNA LONG & ALDRIDGE LLP
600 West Broadway, Suite 2600
San Diego, CA 92101
(619) 236-1414

ATTORNEY(S) FOR: ARCHSTONE LONG BEACH LP, ASN WARNER CENTER, LLC and ARCHSTONE COMMUNITIES LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER VAGLE and GEORGE PONCE, on behalf of themselves and all others similarly situated<br><br>Plaintiff(s),<br>v.<br>ARCHSTONE COMMUNITIES LLC, a Delaware limited liability corporation; ASN WARNER CENTER, LLC, a Delaware limited liability corporation; ARCHSTONE LONG BEACH LP, a Delaware limited partnership; and DOES 1 to 10, inclusive<br>Defendant(s) | CASE NUMBER:<br><br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Archstone Communities LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jennifer Vagle | an individual |
| George Ponce | an individual |
| Archstone Communities LLC | an Illinois limited liability company |
| ASN Warner Center, LLC | a Delaware limited liability company |
| Archstone Long Beach LP | a Delaware limited partnership |

May 6, 2014
Date

Signature
Jaikaran Singh

Attorney of record for (or name of party appearing in pro per):

Defendant ARCHSTONE COMMUNITIES LLC